**Order entered April 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01511-CV

## IN RE CEDRIC WHITEHURST

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-18502**

### ORDER

Before the Court are appellant's April 23, 2020 verification he has requested the reporter's record and court reporter Francheska Duffey's April 27, 2020 letter informing the Court appellant has not requested the record. It appears Ms. Duffey had not received the request at the time she filed her letter. Accordingly, we **ORDER** Ms. Duffey to file the reporter's record no later than May 15, 2020. As appellant filed a statement of inability to pay costs in the trial court and nothing before the Court reflects the trial court ordered he pay costs, the record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey and the parties.

/s/    BILL WHITEHILL
         JUSTICE